# Court of Appeals
# of the State of Georgia

ATLANTA,  September 26, 2014

*The Court of Appeals hereby passes the following order:*

## A15D0056.  SHERRI LONG, et al. v. FEDERAL NATIONAL MORTGAGE ASSOCIATION.

In this dispossessory action, Sherri Long, Djuan Long, and others filed an application for discretionary review from an order entered by the Magistrate Court of Fulton County on or about September 4, 2014.  "The only avenue of appeal available from [a] magistrate court judgment is provided by OCGA § 15-10-41 (b) (1), which allows for a de novo appeal to the state or superior court." *Handler v. Hulsey*, 199 Ga. App. 751 (406 SE2d 225) (1991). In other words, a party aggrieved by a magistrate court ruling must first seek review in the state or superior court.

The Georgia Constitution requires that "[a]ny court shall transfer to the appropriate court in the state any civil case in which it determines that jurisdiction or venue lies elsewhere." 1983 Ga. Const., Art. 6, Sec. 1, Para. 8; *Bosma v. Gunter*, 258 Ga. 664 (373 SE2d 368) (1988).  Accordingly, this case is hereby TRANSFERRED to the State Court of Fulton County for disposition.



*Court of Appeals of the State of Georgia*
          *Clerk's Office, Atlanta,* 09/26/2014
          *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
          *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____, *Clerk.*